No. 95–9329. SWAIN *v.* DISTRICT COURT OF APPEAL OF FLORIDA, THIRD DISTRICT, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 95–9330. YOUNG *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–9331. THOMAS *v.* GEORGIA STATE BOARD OF PARDONS AND PAROLES ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–9332. PUGH *v.* HUFFMAN. C. A. 5th Cir. Certiorari denied.

No. 95–9333. HARRIS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–9334. ESPARZA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–9337. CARR *v.* LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied.

No. 95–9338. THOMPSON *v.* THOMPSON ET AL. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 95–9339. BALLARD *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–9340. BENSON ET AL. *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–9342. HESTER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–9343. HERRERA-RIVERA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–9344. ESPINOSA-SANCHEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 95–9345. HOWARD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–9346. FLOYD *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–9347. DICKEY *v.* MCMAHAN ET AL. C. A. 11th Cir. Certiorari denied.